# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 16 CV 448 |
|---|---|
| Trustees of the Cement Masons Pension Fund, Local 502 et al v. Skyline Plastering, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Skyline Plastering, Inc., Defendant.

| | |
|---|---|
| **NAME (Type or print)** <br> Todd A. Miller | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Todd A. Miller | |
| **FIRM** <br> Allocco, Miller & Cahill, P.C. | |
| **STREET ADDRESS** <br> 20 N. Wacker Drive, Suite 3517 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606-2806 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6216561 | **TELEPHONE NUMBER** <br> (312) 675-4325 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |